IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOU VANG,

      Petitioner,                               No. CIV S-12-0159 DAD P

   vs.

STATE OF CALIFORNIA, et al.,

      Respondents.                             <u>ORDER</u>

                                   /

        By an order filed February 2, 2012, the court directed petitioner to file a petition for writ of habeas corpus and submit an application to proceed in forma pauperis within thirty days. The thirty day period has now expired, and petitioner has not responded to the court's order and has not filed a petition or application to proceed in forma pauperis.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.[1]

DATED: March 20, 2012.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
vang0159.nopetition(2)

---

[1] Petitioner previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c). (<u>See</u> Doc. No. 4.)

1